*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T.M. ENTERPRISES, LLC, et al., | Case No. CV 12-833-GW(FFMx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| JI JIAN JUN, | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: November 19, 2012                         BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT